Mark D. Mailman, I.D. No. MDM 1122
John Soumilas, I.D. No. JS 0034
Geoffrey H. Baskerville, I.D. No. GB 2716
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DIEDRE DENNIS**  )<br>)<br>     **Plaintiff,**  )<br>   vs.  )<br>)<br>)<br>)<br>**TRANS UNION, LLC**  )<br>and  )<br>**EQUIFAX INFORMATION SERVICES, INC.**  )<br>and  )<br>**LEXISNEXIS RISK AND INFORMATION**  )<br>**ANALYTICS GROUP, INC.**  )<br>)<br>)<br>     **Defendants.**  ) | **Civil Action No. 13-7193** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly enter Plaintiff's voluntary dismissal as to Defendants Trans Union, LLC, Equifax Information Services, Inc., and LexisNexis Risk and Information Analytics Group, Inc., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly this case in its entirety is dismissed without prejudice.

2

                                        **FRANCIS & MAILMAN, P.C.**

            BY:    */s/ Mark D. Mailman*
                     MARK D. MAILMAN, ESQUIRE
                     Attorneys for Plaintiff
                     Land Title Building, 19th Floor
                     100 South Broad Street
                     Philadelphia, PA 19110
                     (215) 735-8600

Dated: April 22, 2014